**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CAMERON POLK, et al.**                                                    **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO.  3:18-CV-382-DPJ-FKB**

**MAJOR CLAY BANE,** *et al.*                                          **DEFENDANTS**

---

## AGREED ORDER OF PARTIAL DISMISSAL

---

THIS DAY THIS CAUSE came before the Court on the *ore tenus* motion of the parties for an Order dismissing certain claims in the Amended Complaint [ECF 13].

The parties have conferred and agreed that all claims against Defendants Major Clay Bane, Lt. Col Randy Ginn, Col. Chris Gillard, and Commissioner Marshall Fisher, in only their individual capacities should be dismissed with prejudice.

This Court having considered this motion and finding both parties in agreement, finds that this motion is well taken and should be granted.

IT IS, THEREFORE ORDERED that all claims against Major Clay Bane in his individual capacity, all claims against Lt. Col. Randy Ginn in his individual capacity, all claims against Colonel Chris Gillard in his individual capacity, and all claims against Commissioner Marshall Fisher in his individual capacity are hereby dismissed with prejudice.

SO ORDERED, this the 2nd day of January, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:

*/S/Tommy Whitfield*
Tommy Whitfield, MSB 102482
Whitfield Law Group, PLLC
660 Lakeland East, Suite 200
Flowood, MS 39232
601-863-8221
*Attorney for Defendants*


*/s/Daniel M. Waide*
Daniel M. Waide, Esq., MSB 103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, Mississippi 39401
*Attorneys for Plaintiffs*